# Exhibit A

Case 1:21-cv-03545-MHC   Document 1-1   Filed 08/26/21   Page 2 of 5
2021CV00956                                    e-Filed 4/23/2021 2:37 PM

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ALEXANDER HARRIS | ) |
| | ) |
| Plaintiff, | ) Civil Action File No. 2021CV00956 |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SOUTHWEST AIRLINES CO. and | ) |
| JOHN DOE | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW plaintiff Alexander Harris and alleges as follows:

1.

Plaintiff is a citizen and resident of the State of Georgia.

2.

Defendant Southwest Airlines Co. is a for-profit corporation which is authorized to do business in Georgia, which transacts business in Georgia and which is subject to the jurisdiction of this court. Venue as to Defendant Southwest Airlines Co. (hereinafter "Southwest") is proper in Clayton County, Georgia as the underlying tort occurred in Clayton County, the injury to Plaintiff occurred in Clayton County, and Defendant maintains an office in Clayton County. Defendant's registered agent, Corporation Service Company, is located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092, and Defendant may be served through its registered agent with a second original Summons and a copy of the Complaint.

3.

At all times material hereto, Defendant John Doe was an employee or agent of Defendant Southwest Airlines Co.

4.

At all times material, including at the time this lawsuit was filed, Defendant John Doe was a resident and citizen of Georgia, but whose exact identity and name are currently unknown.

5.

1

**EXHIBIT A**

Defendant John Doe drove a tug at Hartsfield-Jackson Atlanta International Airport and struck Plaintiff who also was operating a tug.

6.

Defendant John Doe was acting within the course and scope of his employment or agency with Southwest Airlines Co. at all times pertinent hereto.

7.

Defendant John Doe's negligence proximately caused injury to Plaintiff.

8.

Defendant John Doe will be named and served with the Summons and Complaint once his identity is revealed.

9.

Venue is proper in Clayton County, Georgia.

10.

On or about June 19, 2019, Plaintiff was working as an employee of Delta Airlines in a careful and prudent manner at Hartsfield Jackson International Airport.

11.

While Plaintiff was working, an unknown employee or agent of Defendant Southwest Airlines Co. drove the tug he was operating into the tug operated by Plaintiff.

12.

Defendants at all times material owed certain duties to Plaintiff including the duty to exercise reasonable care.

13.

Defendant Southwest Airlines Co.'s employee and agent, John Doe, owed Plaintiff the duty to exercise reasonable care in the operation of his tug.

14.

Defendant Southwest Airlines Co. owed Plaintiff the duty to exercise reasonable care including the hiring, retention, supervision and entrustment of John Doe to operate a tug.

15.

Defendant John Doe breached the duty to exercise reasonable care in the operation of his tug by permitting or causing his tug to collide with the Plaintiff, by failing to keep a proper lookout ahead and by further negligent acts and omissions as may be proven at trial.

16.

Defendant Southwest Airlines Co. breached the duty to exercise reasonable care owed to Plaintiff by negligently hiring, training, retaining, supervising and entrusting John Doe in the operation of a tug, and by further negligent acts and omissions as may be proven at trial.

17.

Defendant Southwest Airlines Co. has been properly served with plaintiff's complaint.

18.

As a direct and proximate result of their breaches of duty and negligence, Defendants caused the subject collision from which Plaintiff sustained bodily injuries which have resulted in medical expenses and lost wages and earnings.

19.

Defendant John Doe was acting within the course and scope of his employment or agency with Southwest Airlines Co. at all times pertinent hereto making Southwest Airlines Co. liable under the doctrine of *respondaet superior*.

20.

By virtue of the above and foregoing, Plaintiff is entitled to recover damages from Defendants in an amount to be proven at trial.

21.

John Doe is at fault for the collision with Plaintiff.

22.

Plaintiff did not cause or contribute to causing the collision.

23.

No other person or entity than Defendant John Doe caused or contributed to causing the collision with plaintiff.

WHEREFORE, plaintiff prays for trial on all issues and judgment against defendant as follows:

a. That plaintiff recover special damages in an amount to be proven at trial;

b. That plaintiff recover for pain and suffering in an amount to be determined by the jury;

c. That plaintiff recover such other and further relief as is just and proper; and

d. That all issues be tried before a jury.

This 20th day of April, 2021.

WOOD CRAIG & AVERY, LLC

*/s/ J. Blair Craig*

J. Blair Craig
Georgia Bar No. 192850
Attorney for Plaintiff

352 Piedmont Road, NE, Suite 280
Atlanta, GA 30305
(404) 888-9962
(404) 759-2326 (FAX)

MONTLICK & ASSOCIATES, P.C.

/s/ Kathy Edwards-Opperman w/e/p JBC
Kathleen Edwards-Opperman
Georgia Bar No. 241460
Attorney for Plaintiff

17 Executive Park Drive
Suite 300
Atlanta, GA 30329
P: (404) 235-5000
F: (404) 321-3323

4